No. 90–546.   GRIFFITH ET AL. *v.* JOHNSTON, INDIVIDUALLY AND AS COMMISSIONER OF THE TEXAS DEPARTMENT OF HUMAN

SERVICES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.